In the Matter of the Petition of JOHN TIRITTER, Individually and as Executor of ELIZABETH HOLCKE, Deceased, for the Removal of the Body of MABEL HUDSON, Deceased, Appellant. FRANK HUDSON et al., Respondents.— Order denying the petition of one John Tiritter as an individual and as executor of the last will and testament of Elizabeth Holcke, deceased, to remove the remains of one Mabel Hudson from a crypt in the Cypress Hills Cemetery to a crypt in a private room containing five crypts, situated in the Memorial Abbey of the cemetery, affirmed, with $25 costs and disbursements. No opinion. Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ., concur.

JACOB M. SIMON et al., Respondents, v. AARON ELLMAN et al., Appellants.— In an action to recover for brokerage commissions a mistrial was declared, and thereafter plaintiffs obtained leave at Special Term to serve a second amended complaint and an amended bill of particulars. Order modified on the law and the facts by striking out the first ordering paragraph and by striking from the second ordering paragraph everything following the words " second amended complaint ", and substituting in place thereof the following " upon the attorneys for the defendants herein, upon condition that plaintiffs, within ten days pay to defendants the amount of their costs to the date of the bringing of this motion — one bill of costs; and upon the failure to make such payment this motion is denied, and it is further,". As thus modified the order is affirmed, with $10 costs and disbursements to appellants. Under all the facts and circumstances the amendment should not have been permitted except upon suitable terms. Upon service of the second amended complaint defendants may move as they may be advised with relation to a demand for a bill of particulars. Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ., concur.

CHARLES R. SINGLETON, Respondent, v. DAVID BUNIM et al., as Executors of ERWIN H. GEIGER, Deceased, et al., Appellants, et al., Defendants.— Appeal from order dated October 28, 1941, as resettled on the 31st day of October, 1941, denying motion for a further bill of particulars, dismissed as academic, without costs. On appeal by defendants other than defendant Ratner from an order dated June 29, 1942, granting to an extent plaintiff's motion to vacate a demand for a bill of particulars, the order, insofar as appealed from, is affirmed, with $10 costs and disbursements. No opinion. On appeal by the executors of the estate of Erwin H. Geiger, deceased, from an order dated April 3, 1945, denying their motion for a further bill of particulars, the order is affirmed, with $10 costs. No opinion. Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ., concur.

EDWARD WALSH, JR., an Infant, by EDWARD WALSH, his Guardian ad Litem, et al., Respondents, v. DOLORES FOX, Appellant.— In an action to recover damages for injuries suffered by the infant plaintiff when he was struck by an automobile owned and operated by defendant, and by the father for expenses and loss of services, judgment in favor of plaintiffs unanimously affirmed, with costs. No opinion. Present — Close, P. J., Carswell, Johnston, Adel and Lewis, JJ.